FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2022

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**, Ezra Alderman Ranches, Inc. and Union Pacific Railroad Company, Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

## O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

On September 7, 2021, appellee Ezra Alderman Ranches, Inc. filed a Motion for Rehearing. On November 2, 2021, Appellants filed a response. Appellee's Motion is **DENIED**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court